# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of June, two thousand and thirteen.

Before:     Ralph K. Winter,
                  *Circuit Judge.*

_____

Edward Carter, *et al.*,

    Plaintiffs-Appellants,

    v.

Incorporated Village of Ocean Beach, *et al.*,

    Defendants-Appellees.

**ORDER**
Docket No. 13-815

_____

    IT IS HEREBY ORDERED that the motion by the appellant for an extension of time until July 18, 2013 to file the brief and appendix is GRANTED, with no further extensions.

    For the Court:

    Catherine O'Hagan Wolfe,
    Clerk of Court

