United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**ROBERT A. KATZMANN**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: September 18, 2013
Docket #: 13-815cv
Short Title: Carter v. Incorporated Village of Ocean

DC Docket #: 07-cv-1215
DC Court: EDNY (CENTRAL ISLIP)
DC Judge: Boyle
DC Judge: Feuerstein

## NOTICE OF DEFECTIVE FILING

On 09/16/2013 the BRIEF AND APPENDIX on behalf of Appellant was submitted in the above referenced case. The document does not comply with the FRAP or the Court's Local Rules for the following reason(s):

_____ Failure to submit acknowledgment and notice of appearance *(Local Rule 12.3)*
_____ Failure to file the Record on Appeal *(FRAP 10, FRAP 11)*
_____ Missing motion information statement *(T-1080 - Local Rule 27.1)*
_____ Missing supporting papers for motion (e.g, affidavit/affirmation/declaration) *(FRAP 27)*
_____ Insufficient number of copies *(Local Rules: 21.1, 27.1, 30.1, 31.1)*
_____ Improper proof of service *(FRAP 25)*
  _____ Missing proof of service
  _____ Served to an incorrect address
  _____ Incomplete service *(Anders v. California 386 U.S. 738 (1967))*
_____ Failure to submit document in digital format *(Local Rule 25.1)*
_____ Not Text-Searchable *(Local Rule 25.1, Interim Local Rules 25.2),* click here
  for instructions on how to make PDFs text searchable
_____ Failure to file appendix on CD-ROM *(Local Rule 25.1, Interim Local Rules 25.2)*
_____ Failure to file special appendix *(Local Rule 32.1)*
\_XX\_\_\_\_\_ Defective cover *(FRAP 32)*
  \_\_X\_\_\_\_ Incorrect caption *(FRAP 32)*
  _____ Wrong color cover *(FRAP 32)*
  _____ Docket number font too small *(Local Rule 32.1)*
\_XX\_\_\_ Incorrect pagination, click here for instructions on how to paginate PDFs
  *(Local Rule 32.1)*
_____ Incorrect font *(FRAP 32)*
_____ Oversized filing *(FRAP 27 (motion), FRAP 32 (brief))*
_____ Missing Amicus Curiae filing or motion *(Local Rule 29.1)*
_____ Untimely filing
_____ Incorrect Filing Event

__XX__ Other: **CAPTION PAGE IS MISSING THE DEFENDANT.  PLEASE VIEW THE COURTS CAPTION FOR THE CORRECT CAPTION COVER.  ONE FILING EVENT FOR EACH VOLUME.  THERE ARE MULTIPLE VOLUMES FOR SOME OF THE VOLUMES.  PAGINATION IS INCORRECT IN SOME OF VOLUMES AND CORRECT IN OTHERS.  PLEASE RE-FILE YOUR DOCUMENTS WITH CORRECTIONS.**

Please cure the defect(s) and resubmit the document, with the required copies if necessary, no later than 09/20/2013. The resubmitted documents, if compliant with FRAP and the Local Rules, will be deemed timely filed.

Failure to cure the defect(s) by the date set forth above will result in the document being stricken. An appellant's failure to cure a defective filing may result in the dismissal of the appeal.

Inquiries regarding this case may be directed to 212-857-8573.